STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2869     AND FILED ON     4/10/2007

| | |
|---|---|
| BRENDA CARUSO<br><br>Vs.<br><br>STEVEN GREELEY, INDIVIDUALLY | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/18/2007__ at __2:20PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES
Party Served / recipient: STEVEN GREELEY     (herein called therein named.)
At Location: PACE UNIVERSITY POLICE
735 ANDERSON HILL ROAD
PURCHASE NY 10577

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _M_    Color of Skin  _WH_    Color of Hair    _BROWN_
Age  _40/45_    Height  _5'10"_    Weight    _225_
Other Features           _MOUSTACHE, GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on ___4/19/2007___

_[signature]_ Gail Williams

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_[signature]_
John Axelrod
Server's License#: