

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

(212) 416-8621

May 4, 2007

**BY FACSIMILE**
Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RE: <u>Caruso v. Greeley</u>, 07 Civ. 2869 (GAY)

Your Honor:

    The Office of the Attorney General of the State of New York generally serves as counsel for employees of the State University of New York ("SUNY"), when the lawsuit is based on conduct within the scope of their employment. This office has received a request for representation from defendant Steven Greeley, a SUNY employee, and is, as required by law, presently determining whether such representation is appropriate under N.Y. Public Officers Law § 17. To protect Mr. Greeley's litigation interests during this inquiry, I write to request an extension of time for defendant to answer or otherwise respond to the Complaint from May 8, 2007 to June 19, 2007.

    No prior extension requests have been made. Plaintiff's counsel consents to this application.

    Accordingly, defendant requests an extension of time to answer or otherwise respond to the Complaint from May 8, 2007 to June 19, 2007.

Respectfully,

Steven L. Banks (SB-4858)
Assistant Attorney General

cc: Jonathan Lovett, Esq. (by fax)

*Application granted. So ordered: [signature] G.A. Yanthis, USMJ 5/4/07*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8810 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02