UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
BRENDA CARUSO,

                Plaintiff,

  - against -

STEVEN GREELEY, individually,

                Defendant.
------------------------------------------------X

**NOTICE OF APPEARANCE**

07 Civ. (WP4)(GAY)
    2869

**FILED BY ECF**

    PLEASE TAKE NOTICE that ANDREW M. CUOMO, Attorney General of State of New York, appears for defendant STEVEN GREELEY, and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated:  New York, New York
         June 19, 2007

                                    ANDREW M. CUOMO
                                    Attorney General of the
                                       State of New York
                                    Attorney for Defendant
                                    By:

                                    /s/ [signature]
                                    STEVEN L. BANKS
                                    Assistant Attorney General
                                    120 Broadway - 24th Floor
                                    New York, New York 10271
                                    Tel: (212) 416-8621
                                    Fax: (212) 416-6075
                                    Steven.Banks@oag.state.ny.us

To:  Lovett & Gould, LLP
      Attorneys for Plaintiff
      222 Bloomingdale Road
      White Plains, New York 10605
      (914) 428-8401

1