UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BRENDA CARUSO,

                        Plaintiff,

  -against-

STEVEN GREELEY, individually,

                        Defendant.

-----------------------------------------------------------------x

**07 Civ 2869 (KMK)(GAY)**

**PLAINTIFF'S NOTICE OF
APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

      Please enter the appearance of Kim Berg, Esq. of the law firm of Lovett & Gould, LLP on

behalf of the Plaintiff Brenda Caruso in this action. This is for notice only. Do not remove

Jonathan Lovett, Esq. as lead attorney.

Kim Berg (KB 1425)
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401
FAX: (914)) 428-8916
E-mail: kberg@lovett-gould.com

Respectfully submitted,

LOVETT& GOULD, LLP
222 Bloomingdale Road, Suite 304
White Plains, New York 10605
(914) 428-8401

By: _____
Kim Berg (KB1425)

Dated: August 22, 2007
      White Plains, New York 10605