# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT          222 BLOOMINGDALE ROAD        KIM PATRICIA BERG+
JANE BILUS GOULD         WHITE PLAINS, N.Y. 10605     DRITA NICAJ+

## MEMO ENDORSED

914-428-8401
FAX 914-428-8916

+also admitted in New Jersey

October 3, 2007

VIA FACSIMILE TO: 390-4095
Honorable George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Caruso v. Greeley
    07 Civ. 2869 (WP4) (GAY)

Dear Judge Yanthis,

    I am writing on behalf of all parties to request a minor modification of the date by which Plaintiff must be deposed in the above referenced matter.

    Plaintiff's deposition was supposed to be completed on or before October 19, 2007. However, Plaintiff was just hired for a new job starting on or about October 11, 2007 after several months of having difficulty finding a position. So as to avoid her having to take a day off from her new position, the parties agreed to postpone her deposition to November 12, 2007, which is Veteran's Day. Thus, on consent, we respectfully request that her deposition be permitted to proceed after the date set forth in the Case Management Plan.

    The other dates set forth in the Case Management Plan will not be affected by this request. This is the first request for any extension of the dates set forth therein.

Respectfully submitted,

Kim Berg

KB:nb
cc: Steven L. Banks, Esq. (via facsimile)

SO ORDERED:

Hon. George A. Yanthis   10/3/07
United States Magistrate Judge.