UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x

BRENDA CARUSO,

                Plaintiff,                07 Civ. 2869 (KMK)(GAY)

    -against-

                                              STIPULATION AND ORDER
                                              PERMITTING PLAINTIFF
STEVEN GREELEY, individually,             TO FILE A FIRST AMENDED
                                              SUMMONS AND COMPLAINT

                Defendant.

------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that the Plaintiffs have consent of all counsel in the above captioned matter to file and serve the annexed First Amended Summons and First Amended Complaint pursuant to FRCP Rule 15(a).

Dated:  White Plains, NY
          October 22, 2007

LOVETT & GOULD LLP
Attorneys for Plaintiff
By: _____
Kim Berg (KB1425)
222 Bloomingdale Road
White Plains, New York 10605
914-428-8401

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendant
By: _____
Steven L. Banks (SB ????)
Assistant Attorney General
120 Broadway
New York, New York 10271
212-416-8621

SO ORDERED:

_[signature]_

Honorable George A. Yanthis
United States Magistrate Judge

10/30/07