UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BRENDA CARUSO,

                      Plaintiff,

-against-

STEVEN GREELEY, individually, the STATE
OF NEW YORK, and PURCHASE COLLEGE,
STATE UNIVERSITY OF NEW YORK,

                      Defendants.
-------------------------------------------------------------x

07 Civ 2869 (KMK)(GAY)

**AFFIDAVIT OF SERVICE**

    Ann Frank, being duly sworn says, I am not a party to the action, am over 18 years of age and reside at Hartsdale, New York.

    On November 5, 2007, I served a true copy of the Amended Summons and Complaint in the above captioned matter by mailing the same in a sealed envelope, with postage prepaid thereon in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   Steven L. Banks, Esq. on behalf of defendants Greeley, State of New York and Purchase College, State University of New York at the Office of the Attorney General, 120 Broadway New York, New York 10271-0332

                                              _____
                                                        Ann Frank

Sworn to before me this
5th day of November, 2007

_____
Notary Public

KIM BERG
Notary Public, State of New York
Qualified in Rockland County
Reg. No. 02BE5061682
Commission Expires September 13, 20 __