JAN. 30. 2008 12:44PM    LOVETT & GOULD

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BRENDA CARUSO,

                Plaintiff,

  - against -

STEVEN GREELEY, individually, the
STATE OF NEW YORK, and PURCHASE
COLLEGE, STATE UNIVERSITY OF NEW
YORK,

                Defendants.
----------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 2869 (KMK)(GAY)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed with prejudice and without costs or fees in favor of or against any party.

Dated:   New York, New York
         January 30, 2008

Lovett & Gould LLP
Attorneys for Plaintiff
By:

*[signature]*

KIM BERG, ESQ.
222 Bloomingdale Road
White Plains, New York 10605
New York, New York 10110
(914) 428-8401

ANDREW M. CUOMO
Attorney General of the
  State of New York
Attorney for Defendants
By:

*[signature]*

STEVEN L. BANKS
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271
(212) 416-8621

SO ORDERED:

*[signature]*

HONORABLE KENNETH M. KARAS
United States District Judge